## McLELLAN *vs.* McDONALD.

A WRIT of attachment contains a summons; if personally served where summons could be served, will give the Court jurisdiction over the person, though the writ void as an attachment.

*Circuit Court for Alpena County, Oct.*, 1860.

MOTION to quash a writ of attachment because the affidavit annexed does not state that the amount therein claimed to be due, is due " over and above all legal set-off.

The writ was personally served in Alpena County, and the property bonded.

*S M. Green*, for Plaintiff.

*Tuttle & Grier*, for Defendant.

SUTHERLAND, J.

The writ containing a summons, and having been personally served, where a summons from this Court could be served, the Court has acquired jurisdiction of the person; and, the defendant having obtained the property by giving a bond, the motion should be denied. It is not necessary to decide whether the bond is valid. See § 4759 C. L.